# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA
### SUITE 401
### 240 WEST THIRD STREET
### WILLIAMSPORT, PA 17701-6461

**MALCOLM MUIR**
JUDGE

June 7, 2004

Honorable Mary M. Lisi, Chair
Judicial Conference of the U.S. Courts
  Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

RECEIVED 2005 JUN 14 A 10:41 FINANCIAL DISCLOSURE OFFICE

Re 2003 Financial Disclosure Report

Dear Judge Lisi:

This is in reply to your letter dated June 1, 2004, requesting additional information.

The Woodlands Bank Certificate of Deposit listed in Part VII, page 1, line 2, was purchased by me on May 20, 2003, in the amount of $1,000.00.

Very truly yours,



Malcolm Muir

MM:se

<table>
<tr><td>AO-10<br>Rev. 1/2004</td><td><strong>FINANCIAL DISCLOSURE REPORT</strong><br>Calendar Year 2003</td><td>Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)</td></tr>
</table>

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MUIR, MALCOLM | 2. Court or Organization<br><br>U.S.D.C., M.D. PA | 3. Date of Report<br><br>4/14/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>SR. U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>U.S. DISTRICT COURT, SUITE 401<br><br>240 WEST THIRD STREET<br><br>WILLIAMSPORT, PA 17701-6461 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Retirement, Lycoming County, PA "Distrib. Code 7" | $1109.40 |
| 2. | | Northwestern Mutual Life, "Distrib. Code 7" | $587.71 |
| 3. | | Equitable Life Ins. Of Iowa, "Distrib. Code 7" | $257.65 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MUIR, MALCOLM | 4/14/04 |

## VII. INVESTMENTS and TRUSTS
-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. M & T Bank Savings Account | A | Interest | J | T | | | | | |
| 2. Woodlands Bank Certificate of Deposit | A | Interest | J | T | | | | | |
| 3. Malcolm Muir Revocable Trust, M & T invest. Group, Trustee | A | Interest | K | T | | | | | |
| 4. Malcolm Muir Revocable Trust, M & T invest. Group, Trustee | A | Dividend | K | T | | | | | |
| 5. Malcolm Muir Revocable Trust, M & T invest. Group, Trustee | A | $17Cap. Gain | K | T | | | | | |
| 6. U.S. Bills/Notes in U.S. Treasury Direct as of 12/31/02 | | | | | | | | | |
| 7. $515,000 | | | | | | | | | |
| 8. Bill due 4/24/03 | | | | | Buy | 1/23 | J | | |
| 9. Bill due 5/29/03 | | | | | Buy | 2/27 | J | | |
| 10. Bill due 7/24/03 | | | | | Buy | 4/24 | J | | |
| 11. Bill due 8/21/03 | | | | | Buy | 5/22 | J | | |
| 12. Bill due 10/23/03 | | | | | Buy | 7/24 | J | | |
| 13. Bill due 11/20/03 | | | | | Buy | 8/21 | J | | |
| 14. Bill due 12/26/03 | | | | | Buy | 9/25 | J | | |
| 15. Bill due 4/22/04 | | | | | Buy | 10/23 | J | | |
| 16. Gross value 12/31/03 $553,000 | | | | | | | | | |
| 17. Interest earned on the U.S. obligations in 2003 $13018.28 | D | Interest | O | T | | | | | |
| 18. Vanguard Growth Index Mutual Fund | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)  U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS        (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MUIR, MALCOLM | 4/14/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu█████████████

Date 4/14/04

NO█████ INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544